AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HEATHER L MANNS
also known as
Heather Manns
  **Plaintiff**

    v.                                                    **Civil Action No.** 3:23-cv-287

STARKE SHERIFF DEPT EMPLOYEES
Terminated: 04/27/2023
also known as
Starke County Jail Staff
Terminated: 04/27/2023,

JOHN LENDERMAN
Mr., Narcotics
also known as
Johnathan Lenderman,

JOHN LENDERMAN
Mrs., Narcotics
also known as
Johnathan Lenderman,

CAMERON PRICE
Mr., Internal Affair,

CAMERON PRICE
Mrs., Internal Affair,

ALLISON LYNCH
Jailer,

RUDY ALLEN
Jail Commander,

KRISTIN MANN
Jailer
also known as
Kriston Mann,

KENDRA MANNS
Jailer
also known as
Kendra Mann,

AUSTIN FLETCHER
Jailer,

BRADLEY
Officer, Jailer,

JOHN
Jailer,

CHRISTINA
Wife, Jailer
also known as
Christine,

MANDY
Substance Abuse Coordinator
Terminated: 04/20/2023,

ROB OLJNIAK
Officer, Patrol,

LISA HICKEY
Terminated: 04/27/2023,

LEROY HICKEY
Terminated: 04/27/2023,

MELISSA MERRYMAN
Terminated: 04/27/2023,

STARKE CO SHERIFF DEPARTMENT
also known as
Starke Co Sheriff Dept,

COLLIN MANN
Jailer,

LES MCFARLAND
Marshall Co Sheriff Dept. Jail Staff Officer
Terminated: 04/27/2023,

JONATHAN BRYANT
Marshall Co Sheriff Dept. Jail Staff Officer
Terminated: 04/27/2023,

DONNA
Release Coordinator,

AMANDA
Release Coordinator,

DEB
Dietician,

MS LINDA
Commissary Worker,

GRAHAM
Officer, Jailer,

LYNCH
Officer,

HAMLET
PD,

TRISTON
Officer, Jailer,

SAM BOGART
Jailer

**Defendants**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by <u>Judge Damon R. Leichty.</u>

DATE:  <u>September 12, 2023</u>            CHANDA J. BERTA, CLERK

by_____<u>s/N. Long</u>_____
*Signature of Clerk or Deputy Clerk*